RC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

FILED

MAY 12 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MN

Terry Dyson Sr.

**Plaintiff**

Case Number 23C17027

Judge: Matthew F. Kennelly

Magistrate Judge:

Social Security Administration

**Defendant**

### Motion

I the plaintiff (Terry Dyson Sr) respectful except the Defendant (Social Security Administration) in the status hearing that took place on May 5, 2025 at 8:45a.m. **Openly Admitting** from 2017-2019 as a period of time when Defendant wrongfully withheld Plaintiff benefits that were due (completely cut off) for three years.

Over this period of time of missing benefits Plaintiff was unable to pay utilities. This loss of service caused physical damage to the health of the Plaintiff.

In addition, the Plaintiff suffered Mental Stress, Deress, Worried of mind, Depression, loss of sleep, loss of appetite, emotional distress.

Physical damage effected the most Plaintiff throat became cancerous!

Given an added life sentence Disability and seeing that there is no conflict concerning this matter.

Wherefore with all due respect to the Honorable Court, I the Plaintiff Terry Dyson Sr. petition the Honorable court to grant judgement for relief. FOR This motion. AND THAT Relief would be GRANTed FOR The Amended complaint ON All CouNTS Fully FAVORed.

**Statement of Claims**

I, Plaintiff Terry Dyson Sr. suffered from this great mental anguish, worriment of mind, deprivation of property physical loss that these actions caused.

With all due respect to the Honorable Court, I Plaintiff Terry Dyson Sr, petitions the Honorable Judge for favor and pray the Court to grant judgement for relief.

Plaintiff Terry Dyson Sr. demands judgement against the Defendant Social Security Administration for Punitive Damages in the sum of Five Million Five Hundred Thousand dollars($5,500.000) Compensatory Damages in the sum of, Three Million Five Hundred Dollars ($3,500,000) General Damages in the sum of Three Million Five Hundred Thousand Dollars ($3,500,000) and further judgement against Defendant Social Security Administration for special damages in the sum of Three Million Five Hundred Thousand Dollars($3,500,000) Plus the sum of this action and such other for further relief as allowable or where the Honorable Court deems fit for Court costs and Fees, and to get First Fruit in the sum of Sixteen Million Dollars (16,000,000)

The Honorable Court deems fit for Court cost and fees and, to get first Fruit.

Thank You for your consideration,

*Terry Dyson Sr* (signature)

Terry Dyson Sr.

3738 W. 139th Place

Robbins, IL. 60472

OFFICIAL SEAL
SHARI DORE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 07/16/2026

*Shari Dore* (signature)
may 9 2025